UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 12-22152-CIV-MORENO

AF HOLDINGS LLC,

    Plaintiff,

vs.

JOHN DOE,

    Defendant.
_____/

## ORDER DENYING MOTION FOR HEARING

THIS CAUSE came before the Court upon Plaintiff's Motion for Hearing **(D.E. No. 6)**, filed on **July 9, 2012**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of October, 2012.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record