UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 12-22152-CIV-MORENO

AF HOLDINGS LLC,

    Plaintiff,

vs.

JOHN DOE,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE came before the Court upon a *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record and the last recorded date of various proceedings. It appears that Plaintiff filed the complaint on June 7, 2012, and service of the summons and complaint has not been executed as of the date of this order. Therefore, it is

ADJUDGED that Plaintiff file a response with the Court no later than **December 7, 2012** to show cause why this case should not be dismissed for failure to serve the summons and complaint upon Defendant within 120 days after the filing of the complaint pursuant to *Federal Rule of Civil Procedure 4(m)*. If Plaintiff fails to file such response, then the Court shall dismiss the action without prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this 29 day of November, 2012.

                                                      FEDERICO A. MORENO
                                                      CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record

Maurice Castellanos, Esq.
1031 Ives Dairy Road, Suite 228
Miami, Florida 33179

Alan Greenstein, Esq.
9155 S. Dadeland Blvd. #1012
Miami, Florida 33156